IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH E. ISAAC,** )  | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 08-0231-CG-M |
| ) | |
| **PAUL B. DAVID, and THE PRICHARD** ) | |
| **WATER WORKS AND SEWER BOARD,** ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the court's order on motion for summary judgment entered this date it is

**ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of defendants Paul B. David and the Prichard Water Works and Sewer Board, and against plaintiff Kenneth E. Isaac. Therefore, all the plaintiff's claims against said defendants are hereby **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** this the 2nd day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE